UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ZWADIE JACKSON,**<br><br>        Plaintiff,<br><br>v.<br><br>**GC SERVICES LIMITED PARTNERSHIP,**<br><br>        Defendant. | Honorable Janet T. Neff<br><br>Case No.  1:08-cv-655 |
| Phillip C. Rogers (P34356)<br>**Attorney for Plaintiff**<br>40 Pearl Street, N.W., Suite 336<br>Grand Rapids,  MI  49503-3026<br>(616) 776-1176<br>ConsumerLawyer@aol.com | Michael J. Hodge (P25146)<br>Scott R. Eldridge (P66452)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>**Attorneys for Defendant GC Services LP**<br>One Michigan Avenue, Suite 900<br>Lansing, MI  48933<br>(517) 487-2070<br>email: hodge@millercanfield.com<br>email: eldridge@millercanfield.com |

---

## STIPULATION AND ORDER OF DISMISSAL OF ACTION AGAINST DEFENDANT WITH PREJUDICE AND WITHOUT COSTS OR FEES TO EITHER PARTY

        IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff and counsel for Defendant that this action against Defendant GC Services Limited Partnership be dismissed with prejudice regarding all claims against Defendant GC Services Limited Partnership, without costs or fees to the parties, and that an Order consistent with this stipulation

be entered.  This stipulation evinces the intent of the parties to have the Court enter a final Order

closing this matter, including all related claims.

**APPROVAL:**

PHILLIP C. ROGERS                                   MILLER, CANFIELD, PADDOCK
Counsel for Plaintiff                                   AND STONE, P.L.C.
                                                                    Counsel for Defendant


By: s/ with consent of Phillip Rogers          By: s/ Scott R. Eldridge_____
Phillip C. Rogers (P34356)                         Scott R. Eldridge (P66452)
**Attorney for Plaintiff**                              **Attorneys for Defendant**
40 Pearl Street, N.W., Suite 336                 One Michigan Avenue, Suite 900
Grand Rapids, MI  49503-3026                 Lansing, MI 48933-1609
(616) 776-1176                                          (517) 487-2070

Dated:  October 7, 2008                            Dated:  October 7, 2008


### ORDER OF DISMISSAL OF ACTION AGAINST DEFENDANT WITH PREJUDICE AND WITHOUT COSTS OR FEES TO EITHER PARTY


**IT IS SO ORDERED.**



_____
Hon. Janet T. Neff
United States District Court
Western District of Michigan


Dated: _____


LALIB:176383.1\031578-00045
10/07/08

-2-