UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ZWADIE JACKSON,**<br><br>         Plaintiff,<br><br>v.<br><br>**GC SERVICES LIMITED PARTNERSHIP,**<br><br>         Defendant. | Honorable Janet T. Neff<br><br>Case No.  1:08-cv-655 |
| Phillip C. Rogers (P34356)<br>**Attorney for Plaintiff**<br>40 Pearl Street, N.W., Suite 336<br>Grand Rapids,  MI  49503-3026<br>(616) 776-1176<br>ConsumerLawyer@aol.com | Michael J. Hodge (P25146)<br>Scott R. Eldridge (P66452)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>**Attorneys for Defendant GC Services LP**<br>One Michigan Avenue, Suite 900<br>Lansing, MI  48933<br>(517) 487-2070<br>email: hodge@millercanfield.com<br>email: eldridge@millercanfield.com |

**STIPULATION AND ORDER OF DISMISSAL OF ACTION AGAINST DEFENDANT WITH PREJUDICE AND WITHOUT COSTS OR FEES TO EITHER PARTY**

    IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff and counsel for Defendant that this action against Defendant GC Services Limited Partnership be dismissed with prejudice regarding all claims against Defendant GC Services Limited Partnership, without costs or fees to the parties, and that an Order consistent with this stipulation

be entered.  This stipulation evinces the intent of the parties to have the Court enter a final Order closing this matter, including all related claims.

**APPROVAL:**

| | |
|---|---|
| PHILLIP C. ROGERS<br>Counsel for Plaintiff | MILLER, CANFIELD, PADDOCK<br>AND STONE, P.L.C.<br>Counsel for Defendant |
| By: s/ with consent of Phillip Rogers<br>Phillip C. Rogers (P34356)<br>**Attorney for Plaintiff**<br>40 Pearl Street, N.W., Suite 336<br>Grand Rapids, MI  49503-3026<br>(616) 776-1176 | By: s/ Scott R. Eldridge<br>Scott R. Eldridge (P66452)<br>**Attorneys for Defendant**<br>One Michigan Avenue, Suite 900<br>Lansing, MI 48933-1609<br>(517) 487-2070 |
| Dated:  October 7, 2008 | Dated:  October 7, 2008 |

**ORDER OF DISMISSAL OF ACTION AGAINST DEFENDANT WITH PREJUDICE AND WITHOUT COSTS OR FEES TO EITHER PARTY**

IT IS SO ORDERED.

Dated:  October 23, 2008   /s/Janet T. Neff
　　　　　　　　　　　　　　Hon. Janet T. Neff
　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　Western District of Michigan

LALIB:176383.1\031578-00045
10/07/08